UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARK FULTZ, Individually, | : |
| Plaintiff, | : |
| vs. | : Case No.: 2:21-cv-00641-RMG |
| ATRIUM FINANCE II, LP, a South Carolina Limited Partnership, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff Mark Fultz, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties subject to receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated: August 31, 2021                Respectfully submitted,

/s/ Vanessa Ann Richardson
Vanessa Ann Richardson, Esq.
Federal Bar Number 09748
VAR Law Firm, LLC
P.O. Box 80969
Simpsonville, SC  29690
Tel.  (843) 520-6452
varlawfirm@gmail.com

Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: lfuller@fullerfuller.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of August, 2021, the foregoing was filed via the Court's CM/ECF system, which will automatically notice Counsel for the Defendant:

Honore N. Hishamunda, Esq.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
hhishamunda@seyfarth.com


/s/ Vanessa Ann Richardson
Vanessa Ann Richardson, Esq.

*Co-Counsel for Plaintiff*